

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2023

<u>By ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States* v. *Joseph Sanders*,
      **22 Cr. 697 (KPF)**

Dear Judge Failla:

On January 20, 2023, and March 2, 2023, the Court authorized the Government to delay the production of discovery in this matter of certain materials related to robberies that occurred in March and April 2022 (the "Delayed Disclosure Orders"). Because the Government has now substantially completed its investigation into these robberies and the involvement of any co-conspirators, there is no longer an investigative need for delayed disclosure. Accordingly, the Government respectfully requests that the Delayed Disclosure Orders and supporting letters be unsealed and docketed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Adam Sowlati
Assistant United States Attorney
Tel: (212) 637-2438

Application GRANTED. The Government is directed to file the previously sealed delayed disclosure orders and supporting letters on the public docket.

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

SO ORDERED.

Dated:   April 4, 2023
         New York, New York



HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE