# Konta, Georges, and Buza, P.C.

233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

July 18, 2023

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



      **Re:**   *United States v. Sanders,* **22 CR 697 (KPF)**

Dear Judge Failla:

      I represent Joseph Sanders. The matter is scheduled for a status conference on July 25, 2023, at 3:30 p.m. I write to respectfully request that the matter be adjourned to the week of September 11, 2023. I make this request because the parties are nearing a potential resolution in the matter and we believe the time between now and September 11, 2023, would give us enough time to reach the parameters of said resolution. This is my first request to adjourn the matter and the government does not object.

                                  Respectfully Submitted,

                                    /s/
                                  _____
                                  John P. Buza

      cc.:   AUSA Adam Sowlati (via ECF)

---

Application GRANTED. The conference currently scheduled for July 25, 2023 is hereby ADJOURNED to 4:00 p.m. on **September 19, 2023.**

The Clerk of Court is directed to terminate the pending motion at docket number 22.

                                  SO ORDERED.

Dated:   July 19, 2023
            New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE