

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2023

**BY ECF AND E-MAIL**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Joseph Sanders*, 22 Cr. 697 (KPF)

Dear Judge Failla:

    The Court has adjourned the status conference set for July 18, 2023, to September 19, 2023, at 4:00 p.m.  The Government respectfully request that the Court exclude time through September 19, 2023, pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A).  The Government submits that the interests of justice served by an exclusion outweigh the public and the defendant's interest in a speedy trial in order to afford the defendant time to review discovery and consider any pretrial motions and for the parties to discuss a pretrial resolution.  The defendant consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Adam Sowlati
    Assistant United States Attorney
    (212) 637-2438

CC:  John Buza (by ECF and E-Mail)

Application GRANTED. It is ORDERED that time is excluded under the Speedy Trial Act between July 27, 2023, and September 19, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions, and permit the parties to consider a pre-trial disposition.

Dated:    July 27, 2023
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE